IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ARKANSAS
CIVIL DIVISION

MANUAL MOMENT                                                   PLAINTIFF

VS.                    Case No.: 61CV2023-107

DOUGLAS JAMES MINTER;
TOUNDAS MARKETING GROUP, LLC
(d/b/a SPORTS MARKETING LLC TMG);
PAT CAPITAL, INC. (d/b/a TMG SPORTS
MARKETING); AND JOHN DOE NOS. 1-6                  DEFENDANTS



FILED
AUG 25 2023
DEBBIE WISE
Circuit Clerk
RANDOLPH CO.
ARK

## COMPLAINT

COMES NOW Plaintiff Manual Moment, by and through his attorneys, McDaniel Law Firm, PLC, and for his Complaint against Defendants Douglas James Minter, Toundas Marketing Group, LLC (d/b/a Sports Marketing LLC TMG), Pat Capital, Inc. (d/b/a TMG Sports Marketing) and John Doe Nos. 1-6, states as follows:

### JURISDICTION AND VENUE

1. That at the time of the subject occurrence, Plaintiff Manual Moment was and still is a resident of Blytheville, Mississippi County, Arkansas.

2. That at all times pertinent hereto, Defendant Douglas James Minter was and is still believed to be a resident of Bastrop, Bastrop County, Texas.

3. That upon information and belief, Toundas Marketing Group, LLC (d/b/a Sports Marketing LLC TMG) (henceforth "Toundus"), is a foreign limited liability company. Its registered agent for service is Peter A. Toundas, and the registered address is 1092 Centre Drive, Auburn Hills, Michigan 48326.

McDANIEL
LAW FIRM, PLC
400 SOUTH MAIN
JONESBORO, AR 72401
(870) 336-4747
Fax (870) 932-0919

4. That upon information and belief, Pat Capital, Inc. (d/b/a TMG Sports Marketing) (henceforth "Pat Capital") is a foreign corporation. Its registered agent for service is Peter A. Toundas, and the registered address is 1092 Centre Road, Auburn Hills, Michigan 48326.

5. That in addition and/or in the alternative to the above, Defendant John Doe Nos. 1-3, is the official name of any person, corporation, LLC, partnership, or other entity with which Defendants may be associated (including, but not limited to, other principal(s), employer(s), or successor(s)-in-interest.) Further, Defendant John Doe Nos. 4-6 represents any shipper, broker, supplier, and/or, as applicable, recipient(s) of the loads being hauled by Douglas James Minter at the time of the subject occurrence.

6. That upon determining the identity of any current unknown tortfeasor, person or entity, Plaintiff will amend the Complaint by substituting the real name for the pseudo-name.

7. That Plaintiff has attached the Affidavit of Plaintiff's attorneys affirming the identity of a tortfeasor(s) is unknown, as **"Exhibit A."**

8. That the incident out of which this cause of action occurred in Randolph County, Arkansas.

9. That this Court has jurisdiction over this cause and the parties hereto, pursuant to Ark. Code Ann. § 16-13-201.

10. That venue of this action is properly placed with this Court, pursuant to Ark. Code Ann. § 16-60-101.

## FACTS

11. That at the time of the occurrence referred to herein, Douglas James Minter (hereinafter "Defendant Minter") was operating a 1999 Volvo TT truck, and said truck was owned by "Sports

McDANIEL
 AW FIRM, PLC
400 South Main
 NESBORO, AR 72401
(870) 336-4747
 AX (870) 932-0919

Marketing LLC TMG", which upon information a belief is a pseudo-name and/or trade name of Defendant Toundas (and/or in the alternative Defendant Pat Capital).

12. That the 1999 Volvo TT truck involved in this collision was operated under U.S. Department of Transportation ("DOT") #1927927, which is now defunct, and was registered by "TMG Sports Marketing Inc."; which is, upon information and belief, a pseudo name and/or trade of Defendant Toundas (and/or in the alternative Defendant Pat Capital).

13. That the 1999 Volvo TT truck involved in this collision was operated under U.S. Department of Transportation MC/MX #689130 and registered to Defendant Minter.

14. That said DOT number and MC/MX number permitted Defendants to engage in interstate commercial transport.

15. That upon information and belief, Defendant Minter was an agent and/or employee of Defendant Toundas acting within the course and scope of his employment and/or agency.

16. In addition to and/or in the alternative, that upon information and belief, Defendant Minter was an agent and/or employee of Defendant Pat Capital acting within the course and scope of his employment and/or agency.

17. That at all times pertinent hereto, Defendant Minter was operating a commercial motor vehicle, subject to the regulations of the United States Department of Transportation and/or the State of Arkansas.

18. That on January 6, 2022, at the time of the subject collision, it was cloudy, the weather conditions were snowy, and the temperature was below and/or near freezing throughout the day.

McDANIEL
LAW FIRM, PLC
400 South Main
JONESBORO, AR 72401
(870) 336-4747
Fax (870) 932-0919

19. That Plaintiff Manual Moment (hereinafter Plaintiff "Moment") was operating a 2016 Volvo TT truck.

20. That Plaintiff Moment was traveling south on U.S. Highway 67 near State Highway 166 in Randolph County, crossing a bridge in the area.

21. That at the same time, Defendant Minter was driving the 1999 Volvo TT truck northbound on US Highway 67 near State Highway 166 in Randolph County, approaching the same bridge the Plaintiff was crossing at the time.

22. That Defendant Minter entered a right curve immediately preceding the bridge in question and crossed over the center line.

23. Defendant Minter then traveled across the oncoming (southbound) lane of traffic, where his left front truck tires struck the curb of the bridge's southbound lane.

24. The front passenger-side portion of Defendant Minter's tractor trailer then collided with the right front portion of Plaintiff Moment's truck.

25. Both vehicles sustained severe and immobilizing damage as a result of the collision.

26. That after the collision, Defendant Minter admitted in a written statement to responding officers that he was approaching the bridge in question with his cruise control set at approximately "53/54 mph."

27. That immediately upon impact, Plaintiff Moment began to experience pain as a result of the collision.

28. That Defendant Minter failed to slow and/or control his tractor trailer, resulting in his vehicle crossing the centerline and colliding with Plaintiff Moment's truck.

McDANIEL
.AW FIRM, PLC
400 South Main
»NESBORO, AR 72401
(870) 336-4747
Fax (870) 932-0919

29. That Plaintiff Moment suffered injuries and damages as a result of the collision, more specifically described herein.

30. That Plaintiff Moment was not guilty of any comparative negligence or fault.

### COUNT 1 – NEGLIGENCE OF DOUGLAS JAMES MINTER

31. That all of the allegations previously stated herein are re-alleged as though stated word-for-word.

32. That Defendant Minter owed a duty to all drivers on the road, including Plaintiff Moment, to exercise ordinary care and operate his truck in a reasonably careful manner, which he failed to do.

33. That the subject collision and all damages related thereto occurred as a proximate result of the negligent conduct of Defendant Minter in particulars including, but not limited to, the following:

   a. That Defendant Minter failed to slow down to avoid the collision;

   b. That Defendant Minter failed to maintain a proper lookout under the circumstances then and there existing;

   c. That Defendant Minter failed to maintain proper control of his vehicle for the circumstances then and there existing;

   d. That Defendant Minter was driving too fast for the conditions then and there existing;

   e. That Defendant Minter failed to maintain his lane of travel;

   f. That Defendant Minter failed to observe, adhere, and/or be conscious of reasonable safety precautions for the weather conditions then and there existing;

McDANIEL
AW FIRM, PLC
400 SOUTH MAIN
NESBORO, AR 72401
(870) 336-4747
AX (870) 932-0919

g. That Defendant Minter failed to observe, adhere, and/or be conscious of reasonable safety precautions for the weather conditions then and there existing, when approaching a bridge;

h. That Defendant Minter failed to slow or stop his vehicle for forward traffic;

i. That Defendant Minter failed to yield under the circumstances then and there existing;

j. Defendant Minter was operating his vehicle in cruise control during adverse weather conditions, inappropriate and dangerous for the circumstances;

k. That Defendant Minter failed to comply with all rules, regulations, and duties required by the laws of the State of Arkansas and/or by DOT regulations; and,

l. That Defendant Minter failed to use ordinary care under the circumstances then and there existing.

34. That Plaintiff Moment was not guilty of any comparative negligence or fault.

35. That no other person, firm, company, corporation, or entity of any type, other than those identified herein, was guilty of any negligence which was a proximate and contributing cause of the subject collision and/or Plaintiff's damages.

36. That the conduct of Defendant Minter is imputed to Defendant Toundus (and/or in the alternative Defendant Pat Capital), under the doctrine of respondeat superior, vicarious liability, and/or by federal regulations in that he was the driver for Toundas (and/or Pat Capital), and in the course and scope of his employment or agency relationship.

McDANIEL
AW FIRM, PLC
400 South Main
NESBORO, AR 72401
(870) 336-4747
AX (870) 932-0919

37. That in addition to and/or in the alternative, John Doe owed a duty to all drivers on the road, including Plaintiff, to exercise ordinary care and operate his vehicle in a reasonably careful manner, which he failed to do.

38. That in addition to and/or in the alternative, the conduct of Defendant Minter is imputed to Defendant John Doe Nos. 1-6 under the doctrine of respondeat superior, vicarious liability, and/or by federal regulations in that he was the driver for Defendant John Doe Nos. 1-6 and in the course and scope of his employment or agency relationship.

## COUNT 2 – NEGLIGENCE OF TOUNDAS MARKETING GROUP, LLC (d/b/a Sports Marketing LLC TMG)

39. That all of the allegations previously stated herein are re-alleged as though stated word-for-word.

40. That Defendant Toundas was negligent in particulars including, but not limited to, the following:

   a. Negligence in the hiring, training, supervision, and retention of Defendant Douglas James Minter;

   b. Failing to properly train and/or instruct Defendant Minter in the safe operation of the subject tractor and trailer;

   c. Failing to instruct and enforce upon their driver(s) reasonable safety precautions for operation of vehicles in inclement weather;

   d. Failing to instruct and enforce upon their driver(s) reasonable safety precautions for operation of vehicles in inclement weather when approaching a bridge;

McDANIEL
AW FIRM, PLC
400 South Main
NESBORO, AR 72401
(870) 336-4747
Fax (870) 932-0919

e. Failure to implement policies and procedures which would inform, teach, warn, instruct, and enforce safe operation of tractor trailers in inclement weather in general and/or when approaching a bridge;

f. Failure to instruct and enforce upon their driver(s) reasonable safety precautions concerning the use of cruise control on a tractor trailer;

g. Failure to implement policies and procedures which would inform, teach, warn, instruct, and/or enforce safe operation of tractor trailers in relation to the use of cruise control on a tractor trailer;

h. Upon information and belief, failing to perform an appropriate background check on Defendant Minter's driving record and/or history;

i. Negligent failure to comply with all rules, regulations, and duties required by the laws of the State of Arkansas and by DOT regulations; and,

j. Otherwise failing to exercise ordinary care under the circumstances.

41. That Defendant Toundas's negligence was a proximate cause of Plaintiff Moment's damages which stem from the subject collision.

42. That Defendant Toundas knew or should have known in the exercise of reasonable care that their employee, Defendant Douglas James Minter, subjected others to an unreasonable risk of harm.

43. That Plaintiff Moment was not guilty of any comparative negligence or fault.

44. In addition to and/or in the alternative, Defendant Pat Capital was negligent in its acts and omissions for all previously enumerated reasons contained within Count 2 of Plaintiff's Complaint.

McDANIEL
LAW FIRM, PLC
400 South Main
Jonesboro, AR 72401
(870) 336-4747
Fax (870) 932-0919

45. That no other person, firm, company, corporation, or entity of any type, other than those identified herein, was guilty of any negligence which was a proximate and contributing cause of the subject collision and/or Plaintiffs' damages, other than Defendants.

**DAMAGES**

46. That as a proximate result of the negligence of Defendants, Plaintiff Moment sustained injuries to areas of his body including, but not limited to, head, neck, upper back, lower back, shoulders, and broad-based posterior disk herniations, as well as suffering from severe headaches which required him to incur expenses for medical care and treatment in the past and will require additional medical expenses in the future; he has suffered lost earnings and earnings capacity in the past and will continue to suffer lost earnings and/or earnings capacity in the future; he has endured pain, suffering, discomfort, mental anguish, and loss of enjoyment of life in the past and will endure pain, suffering, discomfort, mental anguish, and loss of enjoyment of life in the future; his injuries are permanent in nature; and for all of which he should have judgment from and against Defendants, jointly and/or severally, in an amount to be set by the jury in an amount in excess of the minimum required for federal court diversity jurisdiction ($75,000).

47. That Plaintiff Moment has physical injuries and symptoms that are ongoing and permanent in nature; and, for all of which he should have and recover judgment from and against Defendants in an amount in excess of the minimum amount required for federal court diversity jurisdiction.

48. That Plaintiff Moment respectfully requests a trial by jury of twelve (12) persons.

49. That Plaintiff Moment respectfully reserves the right to amend and plead further in this cause.

WHEREFORE, Plaintiff Manual Moment prays he have and recover damages from Defendants Douglas James Minter, Toundas Marketing Group, LLC (d/b/a Sports Marketing LLC TMG); Pat Capital, Inc. (d/b/a TMG Sports Marketing) and John Doe Nos. 1-6 in amounts to be set by the jury in excess of the minimum required for federal court diversity jurisdiction ($75,000.00), for his costs, and for all other relief to which he may be entitled.

RESPECTFULLY SUBMITTED this 25 day of August, 2023.

McDANIEL LAW FIRM, PLC
Attorneys at Law
400 South Main Street
Jonesboro, Arkansas 72401
(870) 336-4747

By: _____
Jordan "JP" Phillips
Arkansas Bar No. 2015155
Bobby McDaniel
Arkansas Bar No. 72083
*Attorney for Plaintiff Manual Moment*

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ARKANSAS
CIVIL DIVISION

MANUAL MOMENT            PLAINTIFF

VS.     Case No.: 61CV2023-107

DOUGLAS JAMES MINTER;           DEFENDANTS
TOUNDAS MARKETING GROUP, LLC
(d/b/a SPORTS MARKETING LLC TMG);
PAT CAPITAL, INC. (d/b/a TMG SPORTS
MARKETING); AND JOHN DOE NOS. 1-6

## AFFIDAVIT

I, Jordan "JP" Phillips, attorney for Plaintiff Manual Moment, pursuant to Ark. Code Ann § 16-56-125, state that the correct name and identity of the tortfeasor person(s), corporation(s) and entity(ies) are unknown. All due diligent efforts have been made to properly identify the name and identity of the unknown tortfeasor person(s), corporation(s) and entity(ies). If the name and identity of the unknown tortfeasor person(s), corporation(s) and entity(ies) is not one of the specifically named defendants as contained in this complaint, the use of the pseudo-name John and/or Jane Doe as the defendant is appropriate for the purpose of tolling the statute of limitations for these plaintiffs against these unknown defendants. Furthermore, if there is more than one (1) such unknown tortfeasor, the use of John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, John Doe 6, etc. is also appropriate as set out in the complaint.

DATED this 25 day August, 2023.

_____
Jordan "JP" Phillips
Arkansas Bar # 2015155

STATE OF ARKANSAS
COUNTY OF CRAIGHEAD

Subscribed and sworn to before me on this 25 day of August, 2023.

_____
Susan Byrd
Notary Public

My Commission Expires:
Susan Byrd
Notary Public
Craighead County, Arkansas
My Comm. Expires April 24, 2028
Commission #12365921

McDANIEL
LAW FIRM, PLC
400 South Main
Jonesboro, AR 72401
(870) 336-4747
Fax (870) 932-0919

EXHIBIT A